# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | JOINT EXHIBIT LIST |
|---|---|
| V. | |
| MARCELLE GUIMARAES, ET AL | CAUSE NUMBER: 4:18-CR-00103 |

| PRESIDING JUDGE<br>Judge Alfred H. Bennett | PLAINTIFF'S ATTORNEY<br>Sherri Zack & Kim Leo | DEFENDANT'S ATTORNEY<br>Russell Hardin, Jr. & Jennifer E. Brevorka, and James Ardoin |
|---|---|---|
| TRIAL DATE(S)<br>May 7, 2018 | COURT REPORTER<br>Kathleen Miller | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | D-01 | | | | 1/27/11 Healing & Hope - Jason receipt |
| | D-02 | | | | 7/8/11 Email string between Marcelle & Jason re meetings |
| | D-03 | | | | 2/23/12 Midtown Family Medicine medical records pertaining to Marcelle |
| | D-05 | | | | 3/28/12 Email from Marcelle to Carlos & Jemima re PCS |
| | D-06 | | | | 8/1/12 Marcelle's Answers to Brann's Interrogatories in the Texas Divorce proceedings |
| | D-07 | | | | 8/5/12 Email from Christopher to Marcelle re last night |
| | D-08 | | | | 8/6/12 Email string between Marcelle and Jason re follow up |
| | D-09 | | | | 8/18/11 Email string between Jason and Marcelle re checking up on you |
| | D-10 | | | | 8/28/12 Email chain between Carlos, Jemima, Marcelle, and Jason regarding Marcelle Guimaraes |
| | D-11 | | | | 9/1/12 Email string between Marcelle and Jason |
| | D-12 | | | | 10/23/12 Email from Jemima to Christopher re first capoeira class; with attached video of Nico |
| | D-13 | | | | 11/27/12 Quest Diagnostics drug report pertaining to Marcelle |
| | D-14 | | | | 12/6/12 Letter from mediator Mary Sean O'Reilly to counsel for Marcelle and Christopher |
| | D-15 | | | | 12/16/12 Houston Police Department Incident Report |
| | D-16 | | | | 12/17/12 Amended Petition for Divorce with Request for Emergency Temporary Orders and Emergency Restraining Order - filed by Marcelle in the Texas divorce proceedings |
| | D-17 | | | | 12/17/12 The Harris County District Court Notice of Hearing for Emergency Temporary Orders & Emergency TRO. |

## EXHIBIT LIST - CONTINUATION

| USA V. MARCELLE GUIMARAES, ET AL | | | | | CAUSE NO. 4:18-CR-00103 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | D-18 | | | | 12/17/12 Harris County District Court signed Order Granting Christopher Brann's Emergency Motion for Temporary Injunctions and Request for Surrender of Passports |
| | D-19 | | | | 12/21/12 Quest Diagnostics drug report pertaining to Marcelle |
| | D-20 | | | | 1/18/13 Agreed Temporary Orders entered appointing Christopher Brann and Marcelle Guimaraes Temporary Joint Managing Conservators. Filed in Texas divorce proceedings |
| | D-21 | | | | 2/12/13 Email from Marcelle to Jason re Parents |
| | D-22 | | | | 3/4/13 Marcelle's Responses to Christopher Brann's Request for Disclosure in the Texas divorce proceedings |
| | D-23 | | | | 4/15/13 Email from Carlos to Marcelle and Jemima re letter for Rick |
| | D-25 | | | | 5/27/13 Email from Carlos to Jemima forwarding her airline ticket |
| | D-27 | | | | 6/3/13 Email string between Marcelle and Jason re setting up appointment |
| | D-28 | | | | 10/1/13 Christopher Brann's Petition for Search & Seizure of a Minor under the Hague Convention filed in Brazilian Federal Court |
| | D-29 | | | | 10/2/13 Interim Decision issued by Brazilian Federal Court Judge Igor Matos Araujo |
| | D-30 | | | | 10/8/13 Christopher Brann's Amended Petition for Search & Seizure of a Minor under the Hague Convention filed in Brazilian Federal Court |
| | D-31 | | | | 10/29/13 Interlocutory Decision issued by Judge Duarte of the 1st Federal Court of the Judicial District of Salvador, Bahia of the Regional Federal Appellate Court of the 1st Region |
| | D-32 | | | | 10/30/13 Christopher Brann's service of Preventive Injunction to Search & Seizure a Minor pursuant to Hague Convention to Carlos |
| | D-33 | | | | 11/6/13 Marcelle's Response to Brann's Petition for Search & Seizure of a Minor under the Hague Convention filed in Brazilian Federal Court |
| | D-34 | | | | 11/7/13 Minutes of First Evidentiary Hearing before Brazilian 1st Federal Court Judge Duarte |
| | D-35 | | | | 11/8/13 Order issued by Brazilian Federal Appellate Judge Duarte instructing Marcelle & Nico to surrender to the court their Brazilian and U.S. passports |

## EXHIBIT LIST - CONTINUATION

| USA V. MARCELLE GUIMARAES, ET AL | | | | | CAUSE NO. 4:18-CR-00103 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | D-36 | | | | 11/13/13 Minutes of Second Evidentiary Hearing before Brazilian 1st Federal Court Judge Duarte |
| | D-37 | | | | 11/14/13 Minutes of Third Evidentiary Hearing before Brazilian 1st Federal Court Judge Duarte |
| | D-38 | | | | 12/16/13 Opinion of the Brazilian Federal Public Prosecution Service, 1st Region of Federal Attorney General's Office |
| | D-39 | | | | 12/17/13 Type C Ruling issued by Brazilian Federal Appellate Judge Duarte |
| | D-40 | | | | 12/19/13 Ruling by Brazilian Federal Appellate Judge Duarte of the 1st Court, State of Bahia |
| | D-41 | | | | 12/26/13 Report by the Brazilian Presidency of the Republic Women's Policy Secretariat |
| | D-42 | | | | 3/18/14 Judgment entered in the State of Bahia Department of Justice, Justice Tribunal - 1st Civil Court |
| | D-43 | | | | 4/2/14 Report issued by Brazilian Federal Appellate Court Judge Moreira |
| | D-44 | | | | 5/8/14 Judgment (Acordao) rendered in 1st Civil Court, Justice Tribunal, State of Bahia Department of Justice. |
| | D-45 | | | | 7/11/14 Expert Report of the Brazilian Court-Appointed psychologist, Elsa de Mattos submitted to Judge Duarte |
| | D-46 | | | | 9/2/14 Notice of Partial Nonsuit filed by Christopher Brann in 308th Harris County District Court |
| | D-47 | | | | 10/10/14 Letter from the Head of the Brazilian Central Authority to the Hague Convention to the Harris County District Court |
| | D-48 | | | | 12/18/14 Statement of Brazilian Federal Prosecutors' Office for 1st Lower Federal Court presented to Judge Duarte. |
| | D-49 | | | | 4/28/15 Petition in Brann vs Carlos, Jemima, & Roberto Guimaraes filed in Harris County District Court |
| | D-50 | | | | 6/10/15 Order by Judge Lombardino granting Motion to Expunge Notices of Lis Pendes |
| | D-51 | | | | 7/15/15 Type A Sentence issued by Federal Judge Duarte in case styled *Chris Brann v Marcelle Guimaraes; Federal Regional Court of the 1st Region, Judiciary Section of the State of Bahia.* |
| | D-52 | | | | 11/16/15 The Washington Post editorial by Christopher Brann - "*My former wife took our son to Brazil two years ago. He's still not back.*" |

## EXHIBIT LIST - CONTINUATION

| USA V. MARCELLE GUIMARAES, ET AL | | | | | CAUSE NO. 4:18-CR-00103 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| | D-53 | | | | 4/22/16 Brazilian General Attorney's Opinion provided to the Brazilian Federal Regional Court of the 1st Region - 5th Panel |
| | D-54 | | | | 6/13/16 Media Release issued by Jared Genser-Perseus Strategies: *Government of Brazil Opens Major Investigation into Alleged Wrongdoing of Brazilian-American Mother who Abducts Son* |
| | D-55 | | | | 6/23/16 Brazilian Federal Supreme Court Decision by Judge Barroso |
| | D-56 | | | | 7/14/16 Transcript of Christopher Brann's testimony before the US House Committee on Foreign Affairs. |
| | D-57 | | | | 7/21/16 Welfare Report issued by the U.S. Consulate Rio de Janeiro |
| | D-58 | | | | 8/15/16 Media release issued by Jared Genser - Perseus Strategies: *Parents of Seven American Children Abducted to Brazil Send Letter to Secretary Kerry Requesting Urgent Support to Return Abducted American Children.* |
| | D-59 | | | | 10/5/16 Unanimous Opinion issued by Brazilian Federal Regional Court of the 1st Region and Collective Vote signed by Federal Appellate Judge Alves. |
| | D-60 | | | | 12/20/16 Motion to Reinstate filed by Christopher Brann in Harris County District Court |
| | D-61 | | | | Curriculum Vitae of Former Brazilian Supreme Court Justice Ellen Gracie Northfleet |
| | D-62 | | | | Brazilian Courts Webpage re Justice Northfleet |
| | D-63 | | | | 1980 Hague Convention on the Civil Aspects of International Child Abduction |
| | D-64 | | | | 2017 - U.S. Department of State Annual Report on International Child Abduction |
| | D-65 | | | | Excerpt from 1988 Constitution of the Federative Republic of Brazil re Obligation of Parents, Grandparents and Relatives |
| | D-66 | | | | 11/4/11 Email string between Jason and Marcelle |
| | D-67 | | | | 3/11/12 Email from Jason to Marcelle re Please join us for our 2012 Gaslighting Workshop for Partners and Spouses of sex addicts. |
| | D-68 | | | | 4/9/12 Email from Jason to Marcelle re Gaslighting workshop participants contact list and power point slides; attached slides. |

## EXHIBIT LIST - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| USA V. MARCELLE GUIMARAES, ET AL | | | | | CAUSE NO. 4:18-CR-00103 |
|  | D-69 |  |  |  | 3/19/09 Article by Eduardo Soares - *Brazil: International Child Custody Battle Transferred to Federal Court* |
|  | D-70 |  |  |  | Photos of MC1 in school uniform |

Respectfully submitted,
**RUSTY HARDIN & ASSOCIATES LLP**

By: */s/ Russell Hardin, Jr.*
    Russell Hardin, Jr.
    State Bar No. 19424
    Jennifer E. Brevorka
    State Bar No. 1725400
5 Houston Center
1401 McKinney Street Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
rhardin@rustyhardin.com
jbrevorka@rustyhardin.com

*Attorneys for Defendant*
*CARLOS OTAVIO GUIMARAES*

Jones Walker, LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Phone: (713) 437-1811
Fax: (713) 437-1946

*/s/ James Ardoin*
JAMES ARDOIN
State Bar No. 24045420
SDTX No. 571281
Email: jardoin@joneswalker.com

*Attorney for Defendant*
*JEMIMA DA ROCHA GUIMARAES*

AO 187 (Rev. 7/87) Exhibit and Witness List

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct of the above and foregoing filed via the CM/ECF system which caused service upon all parties on April 27, 2018.

                              */s/ Jennifer E. Brevorka*
                              JENNIFER E. BREVORKA