United States District Court
Southern District of Texas
**ENTERED**
May 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA | § | |
| | § | |
| Plaintiffs | § | |
| VS. | § | CRIMINAL ACTION NO. 4:18-CR-103 |
| | § | |
| CARLOS OCTAVIO GUIMARAES and | § | |
| JEMIMA DA ROCHA GUIMARAES, | § | |
| | § | |
| Defendants. | § | |

### ORDER FOR WITHDRAWAL OF EXHIBITS

All exhibits offered and admitted during the trial in the above referenced case must be withdrawn and retrieved from the court within seven (7) days from the date of this order. For the purpose of appeal, parties will electronically file the exhibits on the record for transmission to the 5th Circuit Court of Appeal.

Exhibits will be disposed of without further notice from the court.

It is so ORDERED. 05/29/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge